## THOMAS BURTON'S LESSEE v. WILLIAM PRETTYMAN.

Supreme Court. November 8, 1793.

*Wilson's Red Book, 6.**

*Bayard* said the former Chief Justice said he knew of no rule of practice that was established by our courts but this, that a struck jury should continue until a new application, to which the CHIEF JUSTICE READ replied, "I have heard the former Chief Justice complain that the struck juries stood too long, and I am of the opinion if they stand longer than one term it is by agreement."

*N.B.* It is the law in England, *vide* 5 Term 453.